UNITED STATES of America, Plaintiff–Appellee,

v.

Stoycho Ivanov LAZAROV, Defendant–Appellant.

No. 14–7557.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2014.

Decided: Dec. 19, 2014.

Stoycho Ivanov Lazarov, Appellant Pro Se. Kristi Noel O'Malley, Office of the United States Attorney, Greenbelt, Maryland, for Appellee.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stoycho Ivanov Lazarov appeals the district court's order denying his motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lazarov*, No. 1:11–cr–00437–CCB–1 (D.Md. Oct. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*